**UNITED STATES of America, Plaintiff–Appellee**

v.

**Alonso AVALOS, also known as Chapparito, Defendant–Appellant.**

**No. 07–10566 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 19, 2008.

Suzanna O. Etessam, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Kimberly S. Keller, Keller Group, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alonso Avalos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Avalos has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.